PROB 12B  Case 1:08-cr-00164  Document 3  Filed 07/07/2008  Page 1 of 3  Page 4 of 5
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

RE:  Client Name: HUMPHREY, Issachar B.  Pacts No. 38323
     Docket No: 08CR00164-1

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ months, for a total term of _____ months.

☒ To modify the conditions of supervision as follows:

**"If while on Supervised Release the offender is unemployed for over 60 days or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week, at the direction of and at the discretion of the U.S. Probation Office, until gainfully employed."**

*[signature]*

Melinda Torres
United States Probation Officer
Tel: 312-435-5738

Reviewed by:

*[signature]*

Thérese Fitzpatrick
Supervising U.S. Probation Officer
Tel: 312-435-5749

Enclosures: Prob Form 49-Waiver of Hearing

cc:
Victoria Peters, Associate Chief, Criminal Division
Assistant U.S. Attorney
U. S. Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

Clark Holesinger
Attorney at Law
334 West 806 North
Valparaiso, Indiana 46385

Issachar B. Humphrey


Joseph Stewart
Financial Litigation Unit
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

PROB 12B
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

Case 1:08-cr-00164   Document 3   Filed 07/07/2008   Page 2 of 3   Page 5 of 5

RE:   Client Name:   HUMPHREY, Issachar B.                             Pacts No. 38323
      Docket No:     08CR00164-1

## RECOMMENDED MODIFICATION:

☐   To extend the term of supervision for ____ months, for a total term of ___ months.

☒   To modify the conditions of supervision as follows:

**"If while on Supervised Release the offender is unemployed for over 60 days or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week, at the direction of and at the discretion of the U.S. Probation Office, until gainfully employed."**

## THE COURT ORDERS:

☐   No Action

☐   The extension of supervision as noted above

☒   The modification of conditions as noted above

☐   Other

_____
HARRY D. LEINENWEBER
Honorable Harry D. Leinenweber

7/7/2008
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**"If while on Supervised Release the offender is unemployed for over 60 days or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week, at the direction of and at the discretion of the U.S. Probation Office, until gainfully employed."**

Witness: _____
Melinda Torres
*U.S. Probation Officer*

Signed: _____
Issachar B. Humphrey
*Signature of Probationer/ Supervised Releasee*

6-26-08
*(Date Signed)*

6-26-08
*(Date Signed)*