PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

Case 1:08-cr-00164  Document 4  Filed 08/26/2008  Page 1 of 3

Page 4 of 5

RE:  Client Name:  HUMPHREY, Issachar B.                    Pacts No. 38323
     Docket No:    08CR00164-1

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ months, for a total term of _____ months.

☒  To modify the conditions of supervision as follows:

**"Placement at the Salvation Army Community Corrections for a period of up to 120 Days."**

*[signature]*
Melinda Torres
United States Probation Officer
Tel: 312-435-5738

Reviewed by:
*[signature]*
Therese Fitzpatrick
Supervising U.S. Probation Officer
Tel: 312-435-5749

Enclosures:  Prob Form 49-Waiver of Hearing

cc:
   Victoria Peters, Associate Chief, Criminal Division
   Assistant U.S. Attorney
   U. S. Attorney's Office
   219 South Dearborn Street, 5th Floor
   Chicago, Illinois 60604

   Clark Holesinger
   Attorney at Law
   334 West 806 North
   Valparaiso, Indiana 46385

   Joseph Stewart
   Financial Litigation Unit
   219 South Dearborn Street, 5th Floor
   Chicago, IL 60604

PROB 12B
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

Page 5 of 5

| | | | |
|---|---|---|---|
| RE: | Client Name: | HUMPHREY, Issachar B. | Pacts No. 38323 |
| | Docket No: | 08CR00164-1 | |

## RECOMMENDED MODIFICATION:

☐ To extend the term of supervision for ____ months, for a total term of ____ months.

☑ To modify the conditions of supervision as follows:

**"Placement at the Salvation Army Community Corrections for a period of up to 120 Days."**

## THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above
☑ The modification of conditions as noted above
☐ Other

_____
Honorable Harry D. Leinenweber

8/26/2008
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"Placement at the Salvation Army Community Corrections for a period of up to 120 Days."

Witness: _____
Melinda Torres
U.S. Probation Officer

Signed: _____
Issachar Humphrey
Signature of Probationer/Supervised Releasee

8-11-08
(Date Signed)

8-11-08
(Date Signed)